# AFFIDAVIT OF SERVICE

| Case: | Court:<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT<br>OF WISCONSIN | County: | Job:<br>8378707 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>James C. Hulce | | **Defendant / Respondent:**<br>Zipongo, Inc DBA Foodsmart | |
| **Received by:**<br>Delaware Detective Group, LLC | | **For:**<br>Paronich Law PC | |
| **To be served upon:**<br>Zipongo, Inc DBA Foodsmart c/o Registered Agent Incorporating Services, LTD | | | |

I, Stephen Kempski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Justin Roper, Company: 3500 S Dupont Hwy, Camden-Wyoming, DE 19934

**Manner of Service:**   Registered Agent, Feb 10, 2023, 9:47 am EST

**Documents:**   Summons in a Civil Action, Civil Cover Sheet, Instructions for Attorneys Completing Civil Cover Sheet Form JS 44, Class Action Complaint,

### Additional Comments:

1) Successful Attempt: Feb 10, 2023, 9:47 am EST at Company: 3500 S Dupont Hwy, Camden-Wyoming, DE 19934 received by Justin Roper. Age: 40's; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 5'10"; Hair: Black; Relationship: Legal Service Specialist;

_____   2-12-23

Stephen Kempski                        Date

Delaware Detective Group, LLC
364 E. Main Street Suite 309
Middletown , DE 19709
302-373-3678

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public

Feb 12, 2023              Feb 3, 2024

Date                            Commission Expires

DELIA KEMPSKI
COMMISSION
EXPIRES
FEB 3, 2024
NOTARY PUBLIC
STATE OF DELAWARE



Delaware Detective Group, LLC
364 E. Main Street
Suite 309
Middletown, Delaware 19709
Phone (302) 373-3678
Tax ID#: 32-0285966

# INVOICE

INVOICE # 23PS0081
DATE: 2-12-23

**TO:**
Paronich Law, P.C

FOR:
Zipongo, Inc

| DATE | DESCRIPTION | HOURS OR MILEAGE | RATE | AMOUNT |
|------|-------------|------------------|------|--------|
| 2-10-23 | Service of Process | | | $50.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Balance Due | | | $50.00 |
| | | | TOTAL | $50.00 |

Make all checks payable to Delaware Detective Group, LLC
Total due in 45 days. Overdue accounts subject to a service charge of 3% per month.

**THANK YOU FOR YOUR BUSINESS!**