IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| JAMES C. HULCE, individually and on behalf of a class of all persons and entities similarly situated, | : : : : | Case No. 2:23-cv-00159-LA |
| | | Judge Lynn Adelman |
| Plaintiff, | : : | |
| v. | : : | |
| ZIPONGO, INC. dba FOODSMART, | : : : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Brian K. Murphy of Murray Murphy Moul + Basil LLP as counsel for Plaintiff James C. Hulce in the above-entitled action.

        Respectfully submitted,

        **/s/ Brian K. Murphy**
        Brian K. Murphy
        Jonathan P. Misny
        Murray Murphy Moul + Basil LLP
        1114 Dublin Road
        Columbus, OH 43215
        Telephone: 614.488.0400
        Facsimile: 614.488.0401
        E-mail: murphy@mmmb.com
                misny@mmmb.com

        Anthony Paronich
        Paronich Law, P.C.
        350 Lincoln St, Suite 2400
        Hingham, MA 02043
        Phone: 617.485.0018
        Fax: 508.318.8100
        E-mail: anthony@paronichlaw.com

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on this 16th day of February, 2023, I served the foregoing via regular U.S. Mail, postage prepaid, upon the following:

Zipongo, Inc. dba Foodsmart
c/o Incorporating Services, LTD, Registered Agent
3500 S. Dupont Hwy.
Dover, DE 19901

                                        **/s/ Brian K. Murphy**
                                        Brian K. Murphy