UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JAMES HULCE, et al.,

    *Plaintiff*,

v.

ZIPONGO, INC. d/b/a FOODSMART,

    *Defendant*.

No. 2:23-cv-00159-LA

## JOINT STIPULATION TO EXTEND TIME

Plaintiff James Hulce, et al., ("Plaintiff") and Defendant Zipongo, Inc. d/b/a Foodsmart ("Defendant"), by and through their counsel, hereby agree to extend the deadline for the Defendant to respond to Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12, which is currently March 3, 2023, until April 3, 2023. All defenses are hereby preserved.

Dated: February 28, 2023.

Respectfully submitted,

| | |
|---|---|
| s/ Anthony I. Paronich | s/ Maria DelPizzo Sanders |
| Anthony I. Paronich | Maria DelPizzo Sanders |
| Paronich Law, P.C. | State Bar No. 1031037 |
| 350 Lincoln Street, Suite 2400 | von Briesen & Roper, s.c. |
| Hingham, MA 02043 | 411 East Wisconsin Avenue, Suite 1000 |
| Telephone: 508.221.1510 | Milwaukee, WI 53202 |
| E-mail: anthony@paronichlaw.com | Telephone: 414.221.6652 |
| | E-mail: maria.sanders@vonbriesen.com |
| Brian K. Murphy | Ryan D. Watstein (*pro hac vice application forthcoming*) |
| Jonathan P. Misny | Caleb P. Phillips (*pro hac vice application forthcoming*) |
| Murray Murphy Moul + Basil LLP | KABAT CHAPMAN & OZMER LLP |
| 1114 Dublin Road | 171 17th Street NW, Suite 1550 |
| Columbus, OH 43215 | Atlanta, Georgia 30363 |
| Telephone: 614.488.0400 | Tel: (404) 400-7300 |
| Facsimile: 614.488.0401 | E-mail: rwatstein@kcozlaw.com |
| E-mail: murphy@mmmb.com | E-mail: cphillips@kcozlaw.com |
| E-mail: misny@mmmb.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Zipongo, Inc. d/b/a Foodsmart* |