UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JAMES HULCE, et al., <br><br> Plaintiff, <br><br> v. <br><br> ZIPONGO, INC. d/b/a FOODSMART, <br><br> Defendant. | Case No. 2:23-cv-00159-LA |

## NOTICE OF APPEARANCE

Please enter the appearance of Ryan D. Watstein as counsel for Defendant Zipongo, Inc. d/b/a Foodsmart in the above-entitled action.

Dated: March 30, 2023

                                                Respectfully submitted,

                                                /s/ Ryan D. Watstein
                                                Ryan D. Watstein
                                                KABAT CHAPMAN & OZMER LLP
                                                171 17th Street NW, Suite 1550
                                                Atlanta, Georgia 30363
                                                Tel: (404) 400-7300
                                                E-mail: rwatstein@kcozlaw.com

                                                Maria DelPizzo Sanders
                                                State Bar No. 1031037
                                                von Briesen & Roper, s.c.
                                                411 East Wisconsin Avenue, Suite 1000
                                                Milwaukee, WI 53202
                                                Telephone: 414.221.6652
                                                E-mail: maria.sanders@vonbriesen.com

                                                *Attorneys for Defendant Zipongo, Inc. d/b/a Foodsmart*

1

**CERTIFICATE OF SERVICE**

I certify that today I filed the foregoing document using the Court's CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

Dated: March 30, 2023

/s/ Ryan D. Watstein
Ryan D. Watstein