UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JAMES HULCE, et al., <br><br> Plaintiff, <br><br> v. <br><br> ZIPONGO, INC. d/b/a FOODSMART, <br><br> Defendant. | Case No. 2:23-cv-00159-LA |

## SECOND JOINT STIPULATION TO EXTEND TIME

Plaintiff James Hulce, et al., ("Plaintiff") and Defendant Zipongo, Inc. d/b/a Foodsmart ("Defendant"), by and through their counsel, hereby agree to extend the deadline for the Defendant to respond to Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12, which is currently due April 3, 2023, until April 17, 2023. All defenses are hereby preserved.

Dated: March 30, 2023

Respectfully submitted,

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508.221.1510
E-mail: anthony@paronichlaw.com

Brian K. Murphy
Jonathan P. Misny
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401

/s/ Ryan D. Watstein
Ryan D. Watstein
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Tel: (404) 400-7300
E-mail: rwatstein@kcozlaw.com

Maria DelPizzo Sanders
State Bar No. 1031037
von Briesen & Roper, s.c.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Telephone: 414.221.6652
E-mail: maria.sanders@vonbriesen.com

E-mail: murphy@mmmb.com
E-mail: misny@mmmb.com

*Attorneys for Plaintiff*

*Attorneys for Defendant Zipongo, Inc. d/b/a Foodsmart*

## **CERTIFICATE OF SERVICE**

I certify that today I filed the foregoing document using the Court's CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

Dated: March 30, 2023

/s/ Ryan D. Watstein
Ryan D. Watstein