## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

**JAMES C HULCE**,

        Plaintiff,

  v.

          CASE NO.  2:23-cv-00159-LA

**ZIPONGO INC.,**

        Defendant.

## NOTICE OF CHANGE OF DEFENSE COUNSEL'S FIRM NAME AND ADDRESS

**TO:**    **THE COURT, THE CLERK'S OFFICE, AND ALL PARTIES**

Please take notice of the below changes to the firm name and address of counsel for Defendant Zipongo Inc. Defendant respectfully requests that all further communications and documents related to this case be directed to its counsel's new firm and contact.

OLD FIRM AND CONTACT:

> **Ryan Watstein**
> KABAT, CHAPMAN & OZMER LLP
> 171 17th Street NW, Suite 1550
> Atlanta, GA 30363
> T: (404) 400-7307
> E: rwatstein@kcozlaw.com

NEW FIRM AND CONTACT:

> **Ryan Watstein**
> WATSTEIN TEREPKA LLP
> 1055 Howell Mill Road, 8th Floor
> Atlanta, Georgia 30318
> T: (404) 782-0695
> E: ryan@wtlaw.com
> www.wtlaw.com

Respectfully submitted April 5, 2023.

*/s/ Ryan D. Watstein*
Ryan D. Watstein
WATSTEIN TEREPKA LLP
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
T: (404) 782-0695
E: ryan@wtlaw.com

Maria DelPizzo Sanders
von Briesen & Roper SC
411 E Wisconsin Ave Ste 1000
Milwaukee, WI 53202
T: 414-221-6652
E: msanders@vonbriesen.com

*Counsel for Zipongo Inc.*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that, on April 5, 2023, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to

all counsel of record.


By: *_/s/ Ryan D. Watstein_____*
     Ryan D. Watstein