**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

JAMES HULCE, et al.,

        *Plaintiff*,

    v.

ZIPONGO, INC. d/b/a FOODSMART,

        *Defendant.*

No. 2:23-cv-00159-LA

---

## DEFENDANT ZIPONGO, INC.'S CORPORATE DISCLOSURE STATEMENT

---

The undersigned, counsel of record for Defendant Zipongo, Inc. d/b/a Foodsmart, provides the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1.     The full name of every party the undersigned represents in this action is Zipongo, Inc. d/b/a Foodsmart.

2.     No parent corporation or publicly held corporation owns 10% or more of the stock of Zipongo, Inc.

3.     The names of all law firms whose attorneys are expected to appear on behalf of Defendant are provided in the signature blocks below.

Dated:  April 17, 2023

                        Respectfully submitted,

/s/ Ryan D. Watstein

Ryan D. Watstein
WATSTEIN TEREPKA LLP
1055 Howell Mill Rd. 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-0695
E-mail: ryan@wtlaw.com

Maria DelPizzo Sanders
State Bar No. 1031037
von Briesen & Roper, s.c.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Telephone: 414.221.6652
E-mail: maria.sanders@vonbriesen.com

*Attorneys for Defendant Zipongo, Inc. d/b/a Foodsmart*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of April, 2023, I electronically filed the foregoing

document in the United States District Court for the Eastern District of Wisconsin, with notice of

same being electronically served by the CM/ECF system, to all attorneys of record.


/s/ Ryan D. Watstein