UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JAMES C. HULCE, *individually and on behalf of a class of all persons and entities similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>ZIPONGO, INC. d/b/a FOODSMART,<br><br>    Defendant. | Case No. 2:23-cv-00159-LA |

### JOINT MOTION FOR ENTRY OF STIPULATED CONFIDENTIALITY/PROTECTIVE ORDER

Defendant Zipongo, Inc. d/b/a Foodsmart and Plaintiff James C. Hulce jointly move the Court to enter the attached Stipulated Confidentiality/Protective Order.

Discovery in this matter may involve inquiry into confidential, proprietary, or private information that the parties agree is entitled to special protection from public disclosure and from use for any purpose other than prosecuting and defending this litigation. Good cause therefore exists to enter the attached Stipulated Confidentiality/Protective Order to protect information, documents, and tangible things produced by the parties during discovery.

Accordingly, the parties respectfully request that the Court enter the attached Stipulated Confidentiality/Protective Order.

DATED: May 19, 2023.

| | |
|---|---|
| **PARONICH LAW, P.C.**<br>Anthony I. Paronich<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>T: (508) 221-1510<br>E: anthony@paronichlaw.com | **WATSTEIN TEREPKA, LLP**<br>Ryan D. Watstein<br>1055 Howell Mill Rd. 8th Floor<br>Atlanta, Georgia 30318<br>T: (404) 782-0695<br>E: ryan@wtlaw.com |

| | |
|---|---|
| By: *s/ Anthony I. Paronich\** | By: *s/ Ryan D. Watstein* |
| **MURRAY MURPHY MOUL + BASIL, LLP**<br>Brian K. Murphy<br>Jonathan P. Misny<br>1114 Dublin Road<br>Columbus, OH 43215<br>T: (614) 488-0400<br>F: (614) 488-0401<br>E: murphy@mmmb.com<br>E: misny@mmmb.com<br><br>*Attorneys for Plaintiff*<br><br>\**with permission* | **VON BRIESEN & ROPER, S.C.**<br>Maria DelPizzo Sanders<br>State Bar No. 1031037<br>411 East Wisconsin Avenue, Suite 1000<br>Milwaukee, WI 53202<br>T: 414.221.6652<br>E: maria.sanders@vonbriesen.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that today, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/Ryan D. Watstein
Ryan D. Watstein