# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

JAMES C HULCE,
    **Plaintiff,**

v.        Case No. 23-CV-159

ZIPONGO INC
*doing business as*
FOODSMART,
    **Defendant.**

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding      Date: 06/30/2023
Time Commenced: 9:45 a.m.      Concluded: 9:50 a.m.
Deputy Clerk: MJA      Court Reporter:

APPEARANCES:

Plaintiff: Brian Murphy

Defendant: Ryan Watstein

Nature of Conference: Telephonic Scheduling Conference

Notes: Court to adopt parties' proposed schedule.