UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JAMES C. HULCE,
   Plaintiff,

 v.             Case No. 23-C-0159

ZIPONGO, INC. d/b/a
FOODSMART,
   Defendant.

## ORDER FOLLOWING SCHEDULING CONFERENCE

On June 30, 2023, the court held a scheduling conference in accordance with Fed. R. Civ. P. 16 and Civil L. R. 16(a) (E.D. Wis.).

**IT IS ORDERED** that:

1. The parties were to comply with Fed. R. Civ. P. 26(a)(1) concerning initial disclosures by **June 14, 2023**.

2. a. The parties shall complete expedited discovery on plaintiff's individual claim (Phase I Discovery) no later than **September 1, 2023**.

 b. Any discovery motions brought pursuant to Rules 26 through 37 of the Federal Rules of Civil Procedure must comply with Civil L.R. 37, by including

> a written certification by the movant that, after the movant in good faith has conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the parties are unable to reach an accord. The statement must recite the date and time of the conference or conferences and the names of all parties participating in the conference or conferences.

 c. All discovery motions and non-dispositive pretrial motions must be filed pursuant to Civil L.R. 7(h), unless the court otherwise permits. The motion must not exceed three pages in length. No separate memorandum may be filed with the motion,

and any supporting affidavit allowed by Civil L.R. 7(h) must not exceed two pages. An opposing memorandum, which must not exceed three pages in length, may be filed within seven days of service of the motion. The court will notify the parties of the date and time for a hearing on the motion, if the court deems it necessary.

    3.    a.    Any dispositive motions relating to Phase I Discovery must be served and filed on or before **October 1, 2023**.

        b.    All summary judgment motions and briefing thereon must comply with Civil L.R. 7 and 56(b). Any summary judgment motion filed against a pro se litigant must comply with Civil L.R. 56(a).

    4.    The court expects counsel to confer and make a good faith effort to settle the case.

The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court.

**SO ORDERED** at Milwaukee, Wisconsin, this 30th day of June, 2023.

    /s/Lynn Adelman
    LYNN ADELMAN
    District Judge

2

Case 2:23-cv-00159-LA   Filed 06/30/23   Page 2 of 2   Document 22