IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JAMES HULCE, et al.,

    Plaintiff,

v.

ZIPONGO, INC. d/b/a FOODSMART,

    Defendant.

Case No. 2:23-cv-00159-LA

## NOTICE OF APPEARANCE

Please enter the appearance of James M. Ruley as counsel for Defendant Zipongo, Inc. d/b/a Foodsmart in the above-entitled action.

Dated: August 15, 2023

Respectfully submitted,

*/s/ James M. Ruley*
James M. Ruley
WATSTEIN TEREPKA LLP
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
T.: 404-991-2684
E: jruley@wtlaw.com

Maria DelPizzo Sanders
State Bar No. 1031037
von Briesen & Roper, s.c.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Telephone: 414.221.6652
E-mail: maria.sanders@vonbriesen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2023, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

/s/ *James M. Ruley*
James M. Ruley

*Counsel for Defendant*