UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JAMES C. HULCE, *individually and on behalf of a class of all persons and entities similarly situated*,

    Plaintiff,

v.

ZIPONGO, INC. d/b/a FOODSMART,

    Defendant.

Case No. 2:23-cv-00159-LA

## JOINT MOTION FOR MODIFICATION OF DISPOSITIVE MOTION BRIEFING SCHEDULE

Plaintiff James C. Hulce ("Plaintiff") and Defendant Zipongo, Inc. d/b/a Foodsmart ("Foodsmart" or "Defendant") hereby move for a modification of the briefing schedule for the parties to file their briefs with respect to Defendant's dispositive motion. The Parties jointly state as follows in support:

1. This case is a putative class action in which Plaintiff alleges violations by Defendant of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

2. Pursuant to the Parties' joint motion, the Court set a briefing schedule on Defendant's Motion for Summary Judgment following the close of individual discovery as set forth below:

| | |
|---|---|
| October 31, 2023 | Summary Judgment Motion Due |
| December 8, 2023 | Opposition to the Summary Judgment Motion Due |
| December 22, 2023 | Reply in Support of the Summary Judgment Motion Due |

ECF 25.

3. At Defendant's request, the parties then requested an extension to the briefing schedule as follows:

November 7, 2023           Summary Judgment Motion Due

December 15, 2023          Opposition to the Summary Judgment Motion Due

January 5, 2023            Reply in Support of the Summary Judgment Motion Due

ECF 26.

4. Plaintiff has diligently worked to prepare his opposition brief but due to counsel's schedule and unexpected commitments to other cases needs additional time to prepare an appropriate response.

5. Accordingly, and in light of the intervening Christmas holiday, the Parties thus jointly ask the Court to extend the parties' deadlines to file their briefs related to Defendant's dispositive motion as follows:

December 29, 2023          Opposition to the Summary Judgment Motion Due

January 19, 2023           Reply in Support of the Summary Judgment Motion Due

6. This Joint Motion is not offered for the purposes of delay or any other undue purpose. Nor will this joint request prejudice either party. Indeed, both Parties agree to this stipulated modification and believe it will promote the expeditious resolution of this case. *See* Fed. R. Civ. P. 6(b) (stating the Court has power to extend deadlines for good cause)

Accordingly, the Parties jointly request that the Court modify the briefing deadlines with respect to Defendant's Summary Judgment Motion as set forth above.

Dated: December 12, 2023.

| | |
|---|---|
| **MURRAY MURPHY MOUL + BASIL, LLP**<br>Brian K. Murphy<br>Jonathan P. Misny<br>1114 Dublin Road<br>Columbus, OH 43215<br>T: (614) 488-0400<br>F: (614) 488-0401<br>E: murphy@mmmb.com<br>E: misny@mmmb.com<br><br>By: */s/ Jonathan P. Misny*<br><br>**PARONICH LAW, P.C.**<br>Anthony I. Paronich<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>T: (508) 221-1510<br>E: anthony@paronichlaw.com<br><br>*Attorneys for Plaintiff* | **WATSTEIN TEREPKA, LLP**<br>Ryan D. Watstein<br>James M. Ruley<br>1055 Howell Mill Rd. 8th Floor<br>Atlanta, Georgia 30318<br>T: (404) 782-0695<br>E: ryan@wtlaw.com<br>E: ruley@wtlaw.com<br><br>By: */s/ James R. Ruley* (by email permission 12-12-23)<br><br>**VON BRIESEN & ROPER, S.C.**<br>Maria DelPizzo Sanders<br>State Bar No. 1031037<br>411 East Wisconsin Avenue, Suite 1000<br>Milwaukee, WI 53202<br>T: 414.221.6652<br>E: maria.sanders@vonbriesen.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2023, I electronically filed the foregoing document in the United States District Court for the Eastern District of Wisconsin, with notice of same being electronically served by the CM/ECF system, to all attorneys of record.

/s/ Jonathan P. Misny
Jonathan P. Misny