# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

JAMES C. HULCE, on behalf of himself
and all others similarly situated,
    Plaintiff

v.                    CASE NUMBER: 23-C-0159

ZIPONGO, INC. d/b/a FOODSMART,
    Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that plaintiff shall take nothing by his complaint and judgment is entered in favor of the defendant on the merits.

| | |
|---|---|
|    3/18/2024 | Gina M. Colletti |
| Date | Clerk |
| | /s/ Alexis H. |
| | (By) Deputy Clerk |