IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JAMES C. HULCE, individually and on behalf of a class of all persons and entities similarly situated, | : Case No. 2:23-cv-00159-LA<br>:<br>: Judge Lynn Adelman |
| Plaintiff, | : |
| v. | : |
| ZIPONGO, INC. dba FOODSMART, | : |
| Defendant. | : |

## NOTICE OF APPEAL

Plaintiff James C. Hulce hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Decision and Order (Doc. 38) and Judgment in a Civil Case (Doc. 39) entered in this action on the 18th day of March, 2024.

Dated: April 17, 2024

Respectfully submitted,

**/s/ Brian K. Murphy**
Brian K. Murphy
Jonathan P. Misny
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: murphy@mmmb.com
          misny@mmmb.com

Anthony Paronich
Paronich Law, P.C.
350 Lincoln St, Suite 2400
Hingham, MA 02043
Phone: 617.485.0018
Fax: 508.318.8100
E-mail: anthony@paronichlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2024, I filed the foregoing via the Court's CM/ECF system, which will send notice of such filing to the following:

| | |
|---|---|
| Ryan D. Watstein<br>James M. Ruley<br>Watstein Terepka LLP<br>1055 Howell Mill Rd. 8th Floor<br>Atlanta, GA 30318<br>ryan@wtlaw.com<br>jruley@wtlaw.com | Maria DelPizzo Sanders<br>von Briesen & Roper, s.c.<br>411 East Wisconsin Avenue, Suite 1000<br>Milwaukee, WI 53202<br>maria.sanders@vonbriesen.com |

**/s/ Brian K. Murphy**
Brian K. Murphy