# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN
#### OFFICE OF THE CLERK

GINA M. COLLETI
CLERK

| **Milwaukee Division** | **Green Bay Division** |
|---|---|
| 517 E. Wisconsin Avenue, Room 362 | 125 S. Jefferson Street, Room 102 |
| Milwaukee, WI 53202 | Green Bay, WI 54301 |
| TEL: 414-297-3372 | TEL: 920-884-3720 |

April 17, 2024

Brian K Murphy
Murray Murphy Moul Basil LLP
Murray Murphy Moul & Basil LLP
1114 Dublin Road
Columbus, OH 43215

Re: Hulce v. Zipongo Inc.
USDC Case No.: 23-C-159-LA

Dear Counsel:

Your Notice of Appeal to the U.S. Court of Appeals for the Seventh Circuit was filed on April 17, 2024. The District Court will ensure that the record is complete and made available electronically to the Court of Appeals within 14 days of filing the Notice of Appeal. Any confidential record or exhibit that is not available electronically will be prepared and held by the District Court until requested by the Court of Appeals. Counsel must review the docket sheet within 21 days of filing the Notice of Appeal to ensure the record is complete.

If a transcript is necessary, you will need to complete the "7th Circuit Transcript Information Sheet" and the "Transcript Order Form". Both forms are available on our website at http://wied.uscourts.gov by clicking on Forms and selecting the "Transcript Order Form" and "Seventh Circuit Transcript Information Sheet" link. If you are *not* ordering a transcript, complete the Seventh Circuit Transcript Information Sheet and file it directly with the U.S. Court of Appeals. Do not file this document with the District Court.

Motions to correct or modify, supplement, or strike a pleading from the record must first be filed with the District Court. The District Court's ruling on the motion will become part of the record and notice of the decision will be sent to the Court of Appeals.

If a Docketing Statement, as required by Circuit Rule 3(c), was not filed with the Notice of Appeal, it should be filed directly with the Clerk of Court for the U.S. Court of Appeals for the Seventh Circuit.

Very truly yours,

GINA M. COLLETTI
Clerk of Court

By: /s/ L M Forseth
Deputy Clerk

Enclosure
cc: All Counsel of Record