# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

April 17, 2024

**To:** Gina M. Colletti
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 24-1623

Caption:
JAMES C. HULCE, on behalf of himself and all others similarly situated,

        Plaintiff - Appellant

v.

ZIPONGO INC.,

        Defendant - Appellee

District Court No: 2:23-cv-00159-LA
District Judge Lynn Adelman
Clerk/Agency Rep Gina M. Colletti

Date NOA filed in District Court: 04/17/2024

---

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)